**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Clifton Lee JORDAN, Defendant–Appellant.**

No. 00–4606.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 3, 2001.

Decided Nov. 20, 2001.

Parks N. Small, Federal Public Defender, Columbia, SC, for appellant. Scott N. Schools, United States Attorney, Rosemary Parham, Assistant United States Attorney, Florence, SC, for appellee.

Before DIANA GRIBBON MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

A jury convicted Clifton Lee Jordan of one count of being a felon in possession of a firearm. On appeal, Jordan contends that loss of a tape recording of a custodial statement he made at the police station requires a new trial because there can be no de novo appellate review of the record. We have reviewed the record and find that Jordan has not "demonstrate[d] that the missing portion of the transcript specifically prejudices his appeal." *United States v. Gillis*, 773 F.2d 549, 554 (4th Cir.1985) (alteration added). Accordingly, we affirm the conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*